| AO-10 (WP) Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111) |

| 1. Person Reporting *(Last name, first, middle initial)*  PREGERSON, HARRY | 2. Court or Organization United States Court of Appeals for the Ninth Circuit | 3. Date of Report May 15, 2006 |
|---|---|---|

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*  United States Circuit Judge | 5a. Report Type (check appropriate type) ___ Nomination, Date ___ ___ Initial  _X_ Annual . ___ Final | 6. Reporting Period January 1, 2005-- December 31, 2005 |
|  | 5b. ___ Amended Report |  |

| 7. Chambers or Office Address  21800 Oxnard Street Suite 1140 Woodland Hills, CA 91367 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer _____ Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| Member | Marine Corps Reserve Officers Assoc. |
| Member | Advisory Board, Childhelp USA |
| Member | Community Relations Committee, Jewish Federation Council of Greater Los Angeles |
| Member | Board of Directors, Metropolitan Div., The Salvation Army |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 2005 | State of California Judge's Retirement System | $ 14,506. |
| 2005 | GGWH LLC | $ 18,000. |
| | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 2006 | Los Angeles Community College District | |

FINANCIAL DISCLOSURE OFFICE  2006 MAY 22 P 12: 34  RECEIVED

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

SOURCE                                                                  DESCRIPTION

[X] 1  NONE  (No such reportable reimbursements.)

2 _____     _____

3 _____     _____

4 _____     _____

5 _____     _____

6 _____     _____

7 _____     _____

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

SOURCE                                      DESCRIPTION                                      VALUE

[X] 1  NONE  (No such reportable gifts.)

2 _____     _____     $ _____

3 _____     _____     $ _____

4 _____     _____     $ _____

_____     _____     $ _____

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

CREDITOR                                      DESCRIPTION                                      VALUE CODE*

[ ] 1  NONE  (No reportable liabilities.)

2  G. Glazer, Los Angeles, CA     Loan in connection with                     K
                                   acquisition of Limited Partnership
3                                  interest in Penn Cal Investors, a
                                   California Limited Partnership

4 _____     _____     _____

5 _____     _____     _____

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 |
| --- | --- | --- | --- | --- |
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | | P1=$1,000,001-$5,000,000 |
| | P2=$5,000,001-$25,000,000 | P3=$25,000,001-50,000,000 | | P4=$50,000,001 or more |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| PREGERSON, HARRY | 5/15/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month-Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 U-Haul International Inc. | B | Rent | J | T | | | | | |
| 2 Condominium in Palm Desert, CA (1979) | A | Rent | M | T | | | | | |
| 3 ▮▮▮ Oxnard Shores, CA (1964) | | None | O | T | | | | | |
| 4 ▮▮▮ Oxnard Shores, CA (1964) | | None | O | T | | | | | |
| 5 ▮▮▮ Woodland Hills, CA (1963) | | None | O | T | | | | | |
| 6 | | | | | | | | | |
| 7 ▮▮▮ Woodland Hills, CA (1979) | | None | N | T | | | | | |
| 8 | | | | | | | | | |
| 9 ▮▮▮ Woodland Hills, CA (1984) | | None | N | T | | | | | |
| 10 | | | | | | | | | |
| 11 Limited Partnership Interest, Penn Cal | G | Rent | P1 | W | | | | | |
| 12 Investors, A Calif. Limited Partnership | | | | | | | | | |
| 13 CGM 403(B) Custodian UIPL L.A. Community | D | Div | O | T | | | | | |
| 14 College District | | | | | | | | | |
| 15 Minnesota Life Ins. Single Payment Annuity | E | Int. | N | T | | | | | |
| 16 (Non-Qualified) | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

-3-

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 IRA ACCT.--Wachovia Securities | | | | | | | | | |
| 2 Bank Deposit Sweep Option | A | Int | J | T | | | | | |
| 3 Microsoft Corp. Wash | A | Div | K | T | | | | | |
| 4 Bank Deposit Sweep Option | A | Int | J | T | | | | | |
| 5 IRA ACCT.--Wachovia Securities | | | | | | | | | |
| 6 Bank Deposit Sweep Option | A | Int | J | T | | | | | |
| 7 Microsoft Corp. Wash | A | Div | J | T | | | | | |
| 8 Washington Mutual Bank | B | Int | M | T | | | | | |
| 9 Bank Deposit Sweep Option | A | Int | K | T | | | | | |
| 10 Bonds--Blackrock Municipal Target Term | A | Int | K | T | | | | | |
| 11 Trust PSI Makes Market | | | | | | | | | |
| 12 Bonds--Palomar Pomerado Health Sys Calif. Rev. | A | Int | J | T | | | | | |
| 13 Janus Twenty Fund | A | Div | L | T | | | | | |
| 14 Janus Contrarian Fund | A | Div | M | T | | | | | |
| 15 Janus Mercury Fund | A | Div | L | T | | | | | |
| 16 Janus Olympus Fund | A | Div | L | T | | | | | |
| 17 Centennial Money Mkt TR | A | Div | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| PREGERSON, HARRY | 5/15/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | D. (2) Date: Month-Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Cisco Sys Inc. Stock | | None | J | T | Buy | 3/24 | J | | NOTE: Sell in 6/04-Partial |
| 2 | | | | | Partial Sell | 6/6 | J | A | |
| 3 Schlumberger LTD Stock | A | Div | J | T | | | | | |
| 4 Wyeth | A | Div | J | T | Buy | 6/8 | J | | NOTE: Addl Buys 2004--4 dates |
| 5 " | | | | | Buy / Buy | 6/18 / 9/2 | J / J | | |
| 6 " | | | | | Buy | 12/2 | J | | |
| 7 " | | | | | Buy / Buy | 3/25 / 6/2 | J / J | | |
| 8 " | | | | | Partial Sell | 6/6 | J | A | |
| 9 Yahoo Inc. Stock | | None | J | T | | | | | |
| 10 Time Warner, Inc. New | A | Div | J | T | | | | | |
| 11 Sun Microsystems Inc. | | None | J | T | | | | | |
| 12 Transocean Inc. Ordinary Shares | | None | J | T | | | | | |
| 13 Franklin Strategic Ser Franklin | | | | | | | | | |
| 14 Biotechnology Discovery Fund Class A | | None | J | T | | | | | |
| 15 Smith Barney Muni FDS CA Money Mkt. | A | Div | J | T | | | | | |
| 16 Nuveen Preferred & Convertible Income | B | Div | J | T | | | | | |
| 17 Fund II (formerly Nuveen INSD Calif. Select Tax Free Income Portfolio SBI | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | D. (2) Date: Month-Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Smith Barney Agressive Growth | A | Div | L | T | | | | | |
| 2 Fund Cl B | | | | | | | | | |
| 3 Smith Barney Appreciation Fund Cl B | A | Div | K | T | | | | | |
| 4 Citigroup, Inc. | A | Div | J | T | Buy | 2/28 | J | | |
| 5 " | | | | | Buy | 5/31 | J | | |
| 6 " | | | | | Sell | 6/16 | J | | Loss |
| 7 Microsoft Corp. | A | Div | K | T | Buy | 3/11 | J | | |
| 8 " | | | | | Partial Sell | 6/6 | J | | Loss |
| 9 " | | | | | Sell | 6/7 | J | | Loss |
| 10 Lucent Technologies Inc. | A | Div | J | T | Buy | 1/26 | J | | |
| 11 " | | | | | Sell | 6/6 | J | | Loss |
| 12 Centennial Money MKT TR | A | Div | J | T | | | | | |
| 13 H.B. Mesa Trust | C | Dist | P1 | T | Sell | 12/31 | F | | |
| 14 Hewlett Packard Co. | A | Int | J | T | | | | | |
| 15 Alliance Bernstein Value Fund | | None | K | T | | | | | NOTE: Last yr. was partial sal |
| 16 World Savings Bank | D | Int | M | T | | | | | |
| 17 Nuveen Preferred & Conv Income Fund 2 | A | Div | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Liberty Media Corp A | | None | J | T | Sell | 6/6 | A | | |
| 2 Liberty Medial Intl Inc. Class A | | None | J | T | Sell | 6/6 | A | | NOTE: Last yr was partial sal |
| 3 Cable Vision System Corp NY Group Cl A | | None | J | T | Sell | 6/6 | A | | |
| 4 Dell Inc. | | None | J | T | Sell | 6/6 | A | | |
| 5 Engelhard Corp. | A | Div | J | T | Buy | 1/3 | J | | |
| 6 " | | | | | Partial Sell | 4/1 | J | | Loss |
| 7 " | | | | | Sell | 6/6 | J | | Loss |
| 8 Genzyme Corp. General Div. | | None | J | T | Sell | 6/6 | | C | |
| 9 Johnson & Johnson | A | Div | J | T | Buy | 3/9 | J | | |
| 10 " " | | | | | Partial Sell | 6/6 | J | | Loss |
| 11 " " | | | | | Sell | 6/8 | J | B | |
| 12 L 3 Communications Hldgs Inc. | A | Div | J | T | Buy | 3/16 | J | | |
| 13 " | | | | | Sell | 6/6 | J | A | |
| 14 Mitsubishi Tokyo Financial Grp Spons | A | Div | J | T | Sell | 6/6 | J | | Loss |
| 15 ADR | | | | | | | | | |
| 16 Nokia Corp. Sponsored ADR | A | Div | J | T | Partial Sell | 1/7 | J | A | |
| 17 " | | | | | Partial Sell | 1/20 | J | A | |

(stock continued next page)

| | |
|---|---|
| 1 Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less B=$1,001-$2,500 C=$2,501-$5,000 D=$5,001-$15,000 E=$15,001-$50,000 F=$50,001-$100,000 G=$100,001-$1,000,000 H1=$1,000,001-$5,000,000 H2=More than $5,000,000 |
| 2 Value Codes: (See Col. C1, D3) | J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000 N=$250,001-$500,000 O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 P4=More than $50,000,000 |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash/Market U=Book value V=Other W=Estimated |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Nokia Corp. Sponsored ADR (cont) | | | | | Buy | 5/2 | J | | |
| 2 " | | | | | Sell | 6/6 | J | A | |
| 3 Solectron Corp. | | None | J | T | Sell | 6/6 | J | | Loss |
| 4 Time-Warner Inc. | | None | J | T | Sell | 6/6 | J | A | |
| 5 Vodafone Group PLC SP ADR | A | Div | J | T | Buy | 2/7 | J | | |
| 6 " | | | | | Buy | 8/8 | J | | |
| 7 " | | | | | Partial Sell | 6/6 | J | A | |
| 8 " | | | | | Sell | 10/26 | J | | Loss |
| 9 Global Santa Fe Corp. | | None | J | T | Buy | 1/18 | J | | |
| 10 " | | | | | Buy | 4/18 | J | | |
| 11 " | | | | | Sell | 6/7 | J | A | |
| 12 FLAXOSMITHKLINE PLC SP ADR | A | Div | J | T | Partial Sell | 6/7 | J | A | |
| 13 " | | | | | Sell | 10/26 | J | A | |
| 14 Honeywell Intl Inc. | A | Div | J | T | Buy | 3/11 | J | | |
| 15 " | | | | | Sell | 6/7 | J | | Loss |
| 16 Intel Corp. | A | Div | J | T | Buy | 3/2 | J | | |
| 17 " | | | | | Buy | 6/2 | J | | |
| 17 " | | | | | Sell | 6/7 | J | | Loss |
| Interactive Corp. | | None | J | T | Sell | 6/6 | J | A | |

1 Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000

2 Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=More than $50,000,000

3 Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book value   V=Other   W=Estimated

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Lehman Bros. Holdings Inc. | A | Div | J | T | Buy | 2/23 | J | | |
| 2 " | | | | | Buy | 5/25 | J | | |
| 3 " | | | | | Sell | 6/6 | J | B | |
| 4 Micron Technology Inc. | | None | J | T | Sell | 6/6 | J | | Loss |
| 5 Rio Tinto Plc-GRB | A | Div | J | T | Buy | 4/14 | J | | NOTE: Buy was 2004 |
| 6 " " | | | | | Buy | 11/5 | J | | " |
| | | | | | Sell | 6/6 | J | A | |
| 7 SK Telecom Ltd. Spon ADR | A | Div | J | T | Sell | 6/6 | J | A | |
| 8 Sandisk Corp. | | None | J | T | Sell | 6/6 | J | A | |
| 9 BP PLC Spons ADR | A | Div | J | T | Buy | 3/15 | J | | |
| 10 " | | | | | Buy | 6/7 | J | | |
| " | | | | | Sell | 6/8 | J | A | |
| 11 Merck & Co. Inc. | | None | J | T | Sell | | | | |
| 12 Safeway Inc. New | | None | J | T | Sell | 6/6 | J | | Loss |
| 13 Southwest Airlines Co. | A | Div | J | T | Sell | 6/6 | J | | Loss |
| 14 ALCOA Inc. | A | Div | J | T | Sell | 6/7 | J | | Loss |
| 15 GrupoTelevisa SA DE CV | A | Div | J | T | Sell | 6/6 | J | A | |
| 16 Honda Motor Co. LTD ADR New | A | Div | J | T | Sell | 6/7 | J | A | |
| 17 Ireland Bank Spons ADR Eur | A | Div | J | T | Sell | 6/7 | J | A | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | PREGERSON, HARRY | 5/15/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 New s LTD ADR New | A | Div | J | T | Sell | 6/6 | J | | Loss |
| 2 Bank New York Inc. | A | Div | J | T | Sell | 6/7 | J | | Loss |
| 3 Biogen Idec. Inc. | | None | J | T | Sell | 6/6 | J | | Loss |
| 4 Millennium Pharmaceuticals | | None | J | T | Sell | 6/6 | J | | Loss |
| 5 Unisys Corp. | | None | J | T | Sell | 1/11 | J | | " |
| 6 BOC Group Plc Spons. ADR | | None | J | T | Sell | 6/7 | J | A | |
| 7 Genetech Inc. | | None | J | T | Sell | 6/6 | J | C | |
| 8 Hong Kong & China Gas SP ADR | A | Div | J | T | Sell | 6/6 | J | A | |
| 9 Novo-Nordisk AS ADR | A | Div | J | T | Sell | 6/7 | J | A | |
| 10 Home Depot Inc. | A | Div | J | T | Sell | 6/7 | J | A | |
| 11 Total SA Spons ADR | A | Div | J | T | Sell | 6/6 | J | A | |
| 12 Unitedhealth Group Inc. | A | Div | J | T | Partial Sell | 6/6 | J | A | |
| 13 " | | | | | Sell | 6/13 | J | C | |
| 14 Chiron Corp. Delaware | | None | J | T | Sell | 6/6 | J | | Loss |
| 15 Coca-Cola Co. | A | Div | J | T | Sell | 6/7 | J | | " |
| 16 Diageo PLC Spon ADR New | | None | J | T | Partial Sell | 1/20 | J | A | |
| 17 " | | | | | Sell | 6/7 | J | A | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Forest Laboratories Inc. | | None | J | T | Sell | 6/6 | J | | Loss |
| 2 Mettler Toledo Intl. Inc. | | None | J | T | Sell | 6/6 | J | A | |
| 3 Plizer Inc. | A | Div | J | T | Partial Sell | 6/7 | J | | Loss |
| 4 " | | | | | Sell | 6/16 | J | | " |
| 5 Verizon Communications | A | Div | J | T | Sell | 6/6 | J | | Loss |
| 6 CRH Plc ADR New | | None | J | T | Sell | 6/7 | J | A | |
| 7 Cree Inc. | | None | J | T | Sell | 6/6 | J | A | |
| 8 Endesa SA Sponsored ADR | | None | J | T | Sell | 6/6 | J | A | |
| 9 Groupe Danone Spons ADR | A | Div | J | T | Sell | 6/6 | J | A | |
| 10 Murphy Oil Corp. | A | Div | J | T | Partial Sell | 6/6 | J | A | |
| 11 " | | | | | Sell | 6/8 | J | A | |
| 12 United Overseas Bank LTD | A | Div | J | T | Sell | 6/6 | J | A | |
| 13 Basf AG Spons ADR | A | Div | J | T | Sell | 6/6 | J | A | |
| 14 Canon Inc. ADR | A | Div | J | T | Sell | 6/7 | J | A | |
| 15 Novartis AG ADR | A | Div | J | T | Sell | 6/6 | J | A | |
| 16 Texas Instruments Inc. | A | Div | J | T | Partial Sell | 6/6 | J | B | |
| 17 " | | | | | Sell | 6/7 | J | A | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| --- | --- | --- | --- | --- | --- | --- |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt, Code1 (A-H) | (2) Type (e.g., div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE | | | | | | | | | |
| | | | | | | 6/6 | | | Loss |
| " | | | | | | 6/7 | | | " |
| Sp | | | | | Partial Sell | 2/2 | J | | Loss |
| | | | | | Partial Sell | 6/6 | J | | " |
| | | | | | | | | | " |
| | | | | | | 8 | | | |
| | | | | | | | | | |
| LTD ADR | A | Div | J | | | / | | | |
| Spons ADR-USD | A | Div | | | | / | | | |
| Spons ADR | A | D | | | y | /17 | | | |
| | | | | | S 11 | 6/6 | | | |
| Nestle SA Sponsored ADR | A | Div | J | T | Buy | 5/25 | J | | |
| " | | | | | Sell | 6/6 | J | | Loss |
| Telefonica SA Spons ADR | A | Div | J | T | Buy | 5/23 | J | | |
| " | | | | | Partial Sell | 6/6 | J | A | |
| " | | | | | Sell | 6/7 | J | A | |
| Seven Eleven Japan LTD ADR | A | Div | J | T | Sell | 6/6 | J | | Loss |

1   Income/Gain Codes:   A=$1,000 or less          B=$1,001-$2,500          C=$2,501-$5,000          D=$5,001-$15,000          E=$15,001-$50,000
    (See Col. B1, D4)     F=$50,001- $100,000       G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=More than $5,000,000
2   Value Codes:         J=$15,000 or less         K=$15,001-$50,000        L=$50,001- $100,000          M=$100,001-$250,000
    (See Col. C1, D3)    N=$250,001-$500,000       O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000     P2=$5,000,001-$25,000,000
                         P3=$25,000,001-$50,000,000                         P4=More than $50,000,000
3   Value Method Codes: Q=Appraisal               R=Cost (real estate only)  S=Assessment                T=Cash/Market
    (See Col. C2)        U=Book value              V=Other                   W=Estimated

—/2 —

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | | / | | A | |
| p | | | J | T | Buy | 3/21 | J | | |
| 3 | | | | | Sell | 6/6 | J | | |
| | | | J | T | Partial Sell | 1/20 | J | A | |
| 5 | | | | | Partial Sell | 6/6 | J | A | |
| 6 | | | | | Buy | 7/21 | J | | |
| 7 | | | | | Partial Sell | 6/6 | J | A | |
| 8 | | | | | Sell | 10/26 | J | | |
| | | | | | | 6/6 | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | 4/15 | | | |
| 14 Micromuse Inc. | | None | J | T | Partial Sell | 3/11 | J | | Loss |
| 15 " | | | | | Sell | 6/6 | J | A | |
| 16 MBNA Corp. | A | Div | J | T | Sell | 6/6 | J | | Loss |
| 17 Sungard Data Systems | | None | J | T | Sell | 4/27 | J | A | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S= ssessment W=Estimated | T=Cash/Market | |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type (e.g., div, rent or int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value Method<br>Code3<br>(Q-W) | (1)<br>Type (e.g., buy, sell, merger, redemption) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| | | | | | | If not exempt from disclosure | | | |
| ☐ NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Taiwan Semiconductor MFg Co. LTD ADR | | None | J | T | Sell | 6/6 | J | A | |
| 2 Realnetworks Inc. | | None | J | T | Sell | 5/27 | J | | Loss |
| 3 Weyerhaeuser Co. | A | Div | J | T | Sell | 6/7 | J | A | |
| 4 General Electric Co. | A | Div | J | T | Sell | 6/7 | J | A | |
| 5 Emerson Electric Co. | A | Div | J | T | Sell | 6/7 | J | A | |
| 6 American Express Co. | A | Div | J | T | Buy | 2/11 | J | | |
| 7 " " | | | | | Buy | 5/11 | J | | |
| 8 " " | | | | | Sell | 6/6 | J | A | |
| 9 Walt Disney Co. | | None | J | T | Buy | 1/7 | J | | |
| 10 " | | | | | Sell | 6/6 | J | A | |
| 11 Chubb Corp. | A | Div | J | T | Buy | 1/5 | J | | |
| 12 " | | | | | Buy | 4/6 | J | | |
| 13 " | | | | | Sell | 6/6 | J | A | |
| 14 Autodesk Inc. | A | Div | J | T | Buy | 1/10 | J | | |
| 15 " | | | | | Buy | 4/11 | J | | |
| 16 " | | | | | Sell | 6/6 | J | C | |
| 17 Mattel Inc. DE | | None | J | T | Sell | 6/6 | J | A | |

| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-S5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001-$100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Gillette Co. | A | Div | J | T | Buy | 3/7 | J | | |
| 2 " | | | | | Buy | 6/6 | J | | |
| 3 " | | | | | Sell | 6/7 | J | B | |
| 4 Morgan Stanley | A | Div | J | T | Buy | 2/1 | J | | |
| 5 " | | | | | Buy | 3/24 | J | | |
| 6 " | | | | | Buy | 5/2 | J | | |
| 7 " | | | | | Sell | 6/6 | J | | Loss |
| 8 Newmont Mining Corp. | A | Div | J | T | Buy | 2/8 | J | | |
| 9 " | | | | | Buy | 3/28 | J | | |
| 10 " | | | | | Sell | 6/6 | J | | Loss |
| 11 Intl Business Machines Corp. | A | Div | J | T | Buy | 2/18 | J | | |
| 12 " | | | | | Buy | 3/11 | J | | |
| 13 " | | | | | Sell | 6/6 | J | | Loss |
| 14 Pepsico Inc. | A | Div | J | T | Buy | 1/4 | J | | |
| 15 " | | | | | Buy | 4/1 | J | | |
| 16 " | | | | | Sell | 6/6 | J | B | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Nomura Holdings Inc. ADR | A | Div | J | T | Partial Sell | 1/21 | J | | Loss |
| 2     " | | | | | Sell | 6/6 | J | | " |
| 3 MGIC INVT Corp. Wis | A | Div | J | T | Buy | 3/2 | J | | |
| 4     " | | | | | Sell | 6/6 | J | | Loss |
| 5 Wm Wrigley Jr. Co. | A | Div | J | T | Buy | 2/2 | J | | |
| 6     " | | | | | Buy | 3/11 | J | | |
| 7     " | | | | | Buy | 5/3 | J | | |
| 8     " | | | | | Sell | 6/6 | J | A | |
| 9 Amazon Com Inc. | | None | J | T | Buy | 4/27 | J | | |
| 10     " | | | | | Buy | 4/28 | J | | |
| 11     " | | | | | Sell | 6/6 | J | A | |
| 12 Andarako Petroleum Corp.A | | Div | J | T | Buy | 5/15 | J | | |
| 13     "       " | | | | | Sell | 6/6 | J | A | |
| 14 Applied Materials Inc. Delaware | A | Div | J | T | Buy | 11/24 | J | | NOTE: A 2004 Buy |
| 15     " | | | | | Buy | 2/10 | J | | |
| 16     " | | | | | Buy | 3/24 | J | | |
| 17     " | | | | | Sell | 6/6 | J | | Loss |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| --- | --- | --- | --- | --- | --- | --- |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| PREGERSON, HARRY | 5/15/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 AXA S.A. SPONS ADR | A | Div | J | T | Buy | 5/20 | J | | |
| 2 " | | | | | Buy | 5/20 | J | | |
| 3 " | | | | | Sell | 6/6 | J | | Loss |
| 4 Baker Hughes Inc. | A | Div | J | T | Buy | 2/10 | J | | |
| 5 " | | | | | Buy | 5/23 | J | | |
| 6 " | | | | | Buy | 5/31 | J | | |
| 7 " | | | | | Sell | 6/6 | J | A | |
| 8 Bed, Bath & Beyond | | None | J | T | Buy | 1/11 | J | | |
| 9 " | | | | | Sell | 6/6 | J | A | |
| 10 Boston Scienticif Corp. | | None | J | T | Buy | 4/19 | J | | |
| 11 " | | | | | Sell | 6/6 | J | | Loss |
| 12 Caterpillar Inc. | A | Div | J | T | Buy | 1/25 | J | | |
| 13 " | | | | | Buy | 1/27 | J | | |
| 14 " | | | | | Buy | 5/23 | J | | |
| 15 " | | | | | Partial Sell | 6/6 | J | A | |
| 16 " | | | | | Sell | 6/7 | J | A | |
| 17 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

~ 17 ~

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| PREGERSON, HARRY | 5/15/06 |

## VII. Page 1  INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children.  See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Chevron Corp. | A | Div | J | T | Buy | 1/18 | J | | |
| 2 " | | | | | Buy | 3/11 | J | | |
| 3 " | | | | | Partial Sell | 6/6 | J | A | |
| 4 " | | | | | Sell | 6/7 | J | | Loss |
| 5 Clear Channel Communications | | None | J | T | Buy | 4/5 | J | | |
| 6 " | | | | | Sell | 6/6 | J | | Loss |
| 7 Dow Chemical Co. | | None | J | T | Buy | 4/18 | J | | |
| 8 " | | | | | Sell | 6/6 | J | A | |
| 9 E l Du Pont De Nemours Co. | A | Div | J | T | Buy | 2/18 | J | | |
| 10 " | | | | | Sell | 6/6 | J | | Loss |
| 11 Electronics for Imaging | | None | J | T | Buy | 9/7 | J | | NOTE: Buy was 2004 |
| 12 " | | | | | Sell | 6/6 | J | A | |
| 13 Fuji Photo Film Co. ADR New | A | Div | J | T | Buy | 12/20 | J | | NOTE: Buy was 2004 |
| 14 " | | | | | Sell | 6/7 | J | | Loss |
| 15 Imclone Sys Inc. | | None | J | T | Buy | 5/31 | J | | |
| 16 " | | | | | Sell | 6/6 | J | | Loss |
| 17 JP Morgan Chase & Co. | A | Div | J | T | Buy | 6/3 | J | | NOTE: Buy was 2004 |

(stock continued next page)

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,00 P1=$1, 00,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

—18—

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| PREGERSON, HARRY | 5/15/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 JP Morgan Chase & Co. | | | | | Buy | 8/3 | J | | NOTE: Buy was 2004 |
| 2  " | | | | | Buy | 11/2 | J | | " |
| 3  " | | | | | Buy | 1/20 | J | | |
| 4  " | | | | | Buy | 2/1 | J | | |
| 5  " | | | | | Sell | 6/6 | J | | Loss |
| 6 Hascro Inc. | A | Div | J | T | Buy | 2/16 | J | | |
| 7  " | | | | | Buy | 5/17 | J | | |
| 8  " | | | | | Sell | 6/6 | J | | Loss |
| 9 Merrill Lynch & Co. Inc | A | Div | J | T | Buy | 8/26 | J | | NOTE: Buy was 2004 |
| 10  " | | | | | Buy | 11/26 | J | | " |
| 11  " | | | | | Buy | 3/1 | J | | |
| 12  " | | | | | Buy | 5/26 | J | | |
| 13  " | | | | | Sell | 6/6 | J | A | |
| 14 Orix Corp Spons ADR | A | Div | J | T | Buy | 1/26 | J | | |
| 15  " | | | | | Buy | 2/11 | J | | |
| 16  " | | | | | Sell | 6/6 | J | A | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| PREGERSON, HARRY | 5/15/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 PMI Group Inc. | | None | J | T | Buy | 1/13 | J | | |
| 2 " | | | | | Buy | 2/15 | J | | |
| 3 " | | | | | Buy | 4/18 | J | | |
| 4 " | | | | | Sell | 6/6 | J | A | |
| 5 Pall Corp. | A | Div | J | T | Buy | 6/3 | J | | NOTE: Buy was 2004 |
| 6 " | | | | | Buy | 1/13 | J | | " |
| 7 " | | | | | Buy | 11/15 | J | | " |
| 8 " | | | | | Buy | 2/24 | J | | |
| 9 " | | | | | Buy | 5/16 | J | | |
| 10 " | | | | | Sell | 6/6 | J | A | |
| 11 SBC Communicatipns Inc | | None | J | T | Buy | 8/3 | J | | Note: Buy was 2004 |
| 12 " | | | | | Buy | 11/2 | J | | " |
| 13 " | | | | | Buy | 2/2 | J | | |
| 14 " | | | | | Buy | 5/3 | J | | |
| 15 " | | | | | Sell | 6/6 | J | | Loss |
| 16 SK Telecom Ltd Spons ADR | A | Div | J | T | Buy | 8/2 | J | | NOTE: Buy was 2005 |
| 17 " | | | | | Buy | 9/1 | J | | " |

(stock continued on next page)

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| PREGERSON, HARRY | 5/15/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | B. (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 SK Telecom Ltd Spons ADR (cont.) | | | | | Buy | 4/25 | J | | |
| 2 " | | | | | Sell | 6/6 | J | A | |
| 3 Tomkins F H Plc Spon ADR | A | Div | J | T | Buy | 1/20 | J | | |
| 4 " | | | | | Partial Sell | 6/6 | J | | Loss |
| 5 " | | | | | Buy | 6/7 | J | | |
| 6 " | | | | | Sell | 6/15 | J | | Loss |
| 7 Tyco Intl Ltd New | A | Div | J | T | Buy | 2/2 | J | | |
| 8 " | | | | | Buy | 4/21 | J | | |
| 9 " | | | | | Buy | 5/3 | J | | |
| 10 " | | | | | Sell | 6/6 | J | A | |
| 11 Unilever Plc Spons ADR New | A | Div | J | T | Buy | 4/4 | J | | |
| 12 " | | | | | Buy | 4/27 | J | | |
| 13 " | | | | | Sell | 6/6 | J | A | |
| 14 WPP Group Plc Spon ADR New | A | Div | J | T | Buy / Buy | 6/3 / 11/23 | J / J | | NOTE: Buy was 2004 |
| 15 " | | | | | Buy | 7/14 | J | | |
| 16 " | | | | | Partial Sell | 6/6 | J | | Loss |
| 17 " | | | | | Sell | 7/5 | J | | Loss |

1 Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2 Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3 Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book value   V=Other   W=Estimated

-- 21 --

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 CG Capital Markets Gov't Money | A | Int | J | T | Buy | 6/24 | J | | |
| 2 Investments | | | | | | | | | |
| 3 CG Capital Markets Care Fixed Income | B | Int | K | T | Buy | 6/24 | K | | |
| 4 Fund | | | | | | | | | |
| 5 CG Capital Markets Lg Cap Value | B | Int | M | T | Buy | 6/24 | M | | |
| 6 Investments | | | | | | | | | |
| 7 CG Capital Markets Sm Cap Value | A | Int | J | T | Buy | 6/24 | J | | |
| 8 Investments | | | | | | | | | |
| 9 CG Capital Markets Emerging Markets | B | Int | K | T | Buy | 6/24 | K | | |
| 10 Investments | | | | | | | | | |
| 11 CG Capital Markets International Equity | B | Int | M | T | Buy | 6/24 | M | | |
| 12 Investments | | | | | | | | | |
| 13 CG Capital Markets Lg Cap Growth | B | Int | M | T | Buy | 6/24 | M | | |
| 14 Investments | | | | | | | | | |
| 15 CG Capital Markets Sm Cap Growth | B | Int | K | T | Buy | 6/24 | K | | |
| 16 Investments | | | | | | | | | |
| 17 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S= ssessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

NOTE:    We have tried to keep all items in Section VII listed in the same order as previous report with new items being placed at the end of the list.  The exception is the IRA accounts--buy and sell in the IRA accounts has remained within the IRA account setup.

If you see a stock listed again on the report, it is because it was purchased through a different brokerage firm.

ALSO NOTE:  Because of the many buys and sells in the 2004 report, some additional buys are NOTED in this report.


Section I.      POSITIONS   (cont.)

Board of Trustees, Devil Pups, Inc.


## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature                                    Date ___May 15, 2006____

NOTE:  ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544